IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
JOEL LINDSEY, all others       *
similarly situated             *
                               *
     Plaintiff,                *
                               *
     v.                        *    CV 620-017
                               *
ROBERT ADAMS; DOUG WILLIAMS,   *
FNU ROLEY; FNU BLACMAN, and    *
MANAGING DIRECTOR, Core Civic  *
Facility Operations;           *
                               *
     Defendants.               *
```

## O R D E R

Before the Court is Plaintiff Joel Lindsey's notice of voluntary dismissal. (Doc. 4.) Because none of the Defendants have answered the complaint or moved for summary judgment, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of March 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA